1  RICHARD GALLAGHER (SBN 208714)
   *Email: rgallagher@orrick.com*
2  LILY BECKER (SBN 251145)
   *Email: lbecker@orrick.com*
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, California  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759

6
   Attorneys for Defendants
7  TROY STAFFORD, PATRICK WILLIAMS, WS SEAFOOD
   INVESTMENT LLC
8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                            EASTERN DIVISION

12

13 | MARK BLACK,                                  | Case No.  2:10-cv-567 FCD KJN
14 |           Plaintiff,                         |
15 |      v.                                      | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSES TO COMPLAINT**
16 | TROY STAFFORD, an individual,                |
   | PATRICK WILLIAMS, an individual, WS          |
17 | SEAFOOD INVESTMENT LIMITED                   |
   | LIABILITY CORPORATION, an Alaska             | The Hon. Frank C. Damrell, Jr.
18 | limited liability company, and DOES 1        |
   | through 9, inclusive,                        |
19 |                                              |
   |           Defendants.                        |
20

## **STIPULATION**

WHEREAS, on March 11, 2010, plaintiff Marc Black filed a Complaint against Troy Stafford, Patrick Williams, and WS Seafood Investment Limited Liability Corporation (collectively, "Defendants");

WHEREAS, on April 19, 2010, the parties stipulated to an extension of time until Thursday, April 29, 2010 for Defendants to respond to the Complaint, as Defendants, citizens of the State of Alaska, had recently retained California counsel in this Action and desired to determine whether a resolution of the dispute was possible before Defendants responded to the Complaint;

WHEREAS, the parties have mutually agreed to engage a mediator to determine whether a resolution is possible;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Marc Black and Defendants, through their respective counsel of record, that Defendants shall answer or otherwise respond to the Complaint on or before June 14, 2010.

Dated: April 29, 2010

RICHARD GALLAGHER
LILY BECKER
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _/s/ Richard Gallagher_
RICHARD GALLAGHER

Attorneys for Defendants
TROY STAFFORD, PATRICK WILLIAMS, and
WS SEAFOOD INVESTMENT LLC

| | |
|---|---|
| 1 | |
| 2 | WILLIAM G. APGER |
|   | ANAND "LUCKY' JESRANI |
| 3 | **LAW OFFICES OF WILLIAM G. APGER** |
| 4 | |
| 5 | By: _____*/s/ Anand Jesrani*_____ |
|   |          ANAND "LUCKY" JESRANI |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | MARC BLACK |

**IT IS SO ORDERED.**

Dated:  April 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE