RADOSLOVICH LAW CORPORATION
Frank M. Radoslovich (SBN 161457)
*Email: Frank@radlegal.com*
Christian J. Smith (SBN 237966)
*Email: Jason@radlegal.com*
Michael L. Martucci (SBN 249623)
*Email: Michael@radlegal.com*
601 University Avenue, Suite 250
Sacramento, California 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170

*Attorneys for Plaintiff*
*MARC BLACK*

RICHARD GALLAGHER (SBN 208714)
*Email: rgallagher@orrick.com*
LILY BECKER (SBN 251145)
*Email: lbecker@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendants*
*TROY STAFFORD, PATRICK WILLIAMS, WS SEAFOOD INVESTMENT, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARC BLACK,<br><br>    Plaintiff,<br><br>    vs.<br><br>TROY STAFFORD, an individual, PATRICK WILLIAMS, an individual, WS SEAFOOD INVESTMENT LIMITED LIABILITY CORPORATION, an Alaskan limited liability company, and DOES 1 through 9, inclusive,<br><br>    Defendants. | NO.  2:10-cv-00567-FCD-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

1

**STIPULATION AND ORDER TO ELECT VDRP**

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Date: May 21, 2010                              Date: May 21, 2010


/s/Christian J. Smith                           /s/ Lily Becker (authorized on 5/21/10)
CHRISTIAN J. SMITH                              LILY BECKER

Frank M. Radoslovich                            Richard Gallagher
Christian J. Smith                              Lily Becker
Michael L. Martucci                             ORRICK HERRINGTON & SUTCLIFFE LLP
RADOSLOVICH LAW CORPORATION                     The Orrick Building
601 University Avenue, Suite 250                405 Howard Street
Sacramento, CA 95825                            San Francisco, CA 94105-2669
Telephone: (916) 565-8161                       Telephone: (415) 773-5700
Facsimile: (916) 565-8170                       Facsimile: (415) 773-5759

*Attorneys for Plaintiff,*                      *Attorneys for Defendants,*
*MARC BLACK*                                    *TROY STAFFORD, PATRICK WILLIAMS AND*
                                                *WS SEAFOOD INVESTMENT, LLC*


**IT IS SO ORDERED.**

Dated:  May 24, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO ELECT VDRP**