RICHARD GALLAGHER (SBN 208714)
Email: rgallagher@orrick.com
LILY BECKER (SBN 251145)
Email: lbecker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants
TROY STAFFORD, PATRICK WILLIAMS, WS SEAFOOD
INVESTMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC BLACK,<br><br>            Plaintiff,<br><br>     v.<br><br>TROY STAFFORD, an individual, PATRICK WILLIAMS, an individual, WS SEAFOOD INVESTMENT LIMITED LIABILITY CORPORATION, an Alaska limited liability company, and DOES 1 through 9, inclusive,<br><br>            Defendants. | Case No.  2:10-cv-567 FCD KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING AMENDED COMPLAINT**<br><br>The Hon. Frank C. Damrell, Jr. |

## **STIPULATION**

WHEREAS, on March 11, 2010, plaintiff Marc Black filed a Complaint against Troy Stafford, Patrick Williams, and WS Seafood Investment Limited Liability Corporation (collectively, "Defendants");

WHEREAS, on April 19, 2010, the parties stipulated to an extension of time until April 29, 2010 for Defendants to respond to the Complaint, as Defendants, citizens of the State of Alaska, had recently retained California counsel in this Action and desired to determine whether a resolution of the dispute was possible;

WHEREAS, the parties thereafter agreed to engage a mediator to explore whether a resolution was possible and entered into a stipulated order providing that Defendants were not obligated to answer or otherwise respond to the complaint until June 14, 2010;

WHEREAS, the parties have now elected to submit their dispute to the Court's Voluntary Dispute Resolution Program pursuant to Local Rule 271(e)(1);

WHEREAS, the Clerk of Court has appointed Matthew Jacobs as mediator, and the mediation is scheduled for July 28, 2010;

WHEREAS, if the case does not resolve on or before July 28, 2010, plaintiff intends to file an amended complaint on or before August 13, 2010;

WHEREAS, the parties agree that Defendants shall have until September 13, 2010 or 30 days from the date an amended complaint is filed, whichever date occurs first, to answer or otherwise respond to the complaint and/or amended complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Marc Black and Defendants, through their respective counsel of record, that Plaintiff shall, if necessary, file an amended complaint on or before August 13, 2010 and that Defendants shall answer or otherwise respond to the complaint and/or amended complaint, if necessary, within 30 days of the date the amended complaint is filed or on or before September 13, 2010, whichever date occurs first.

Dated: June 14, 2010

          RICHARD GALLAGHER
          LILY BECKER
          **ORRICK, HERRINGTON & SUTCLIFFE LLP**


         By:  */s/ Richard Gallagher*
             RICHARD GALLAGHER

          Attorneys for Defendants
     TROY STAFFORD, PATRICK WILLIAMS, and
       WS SEAFOOD INVESTMENT LLC


          FRANK M. RADOSLOVICH
          CHRISTIAN JASON SMITH
          MICHAEL L. MARTUCCI
          **RADOSLOVICH LAW CORPORATION**


         By:  */s/ Christian Jason Smith*
            CHRISTIAN JASON SMITH

          Attorneys for Plaintiff
           MARC BLACK


IT IS SO ORDERED.

Dated: June 14, 2010

          [signature]
         FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE