RADOSLOVICH | KROGH, PC
C. Jason Smith (SBN 237966)
*Email: Jason@radlegal.com*
Jaclyn L. Powell (SBN 264781)
*Email: Jaclyn@radlegal.com*
701 University Avenue, Suite 100
Sacramento, California 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorneys for Plaintiff,
MARC BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BLACK,<br><br>  Plaintiff,<br><br>vs.<br><br>TROY STAFFORD, an individual; TYLOR STAFFORD, an individual; XOCHITL STAFFORD, an individual; PATRICK WILLIAMS, an individual; WS SEAFOOD INVESTMENT LIMITED LIABILITY CORPORATION, an Alaska business corporation; GS CAPITAL, LLC, an Alaska limited liability company; TK FISHING LLC, an Alaska limited liability corporation; and DOES 1 through 100,<br><br>  Defendants. | NO. 2:10−CV−00567−MCE−KJN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:   November 3, 2011<br>TIME:   2:00 p.m.<br>CTRM:  7<br><br>Judge:   Hon. Morrison C. England, Jr. |

## **RECITALS**

1. The hearing date for Defendants, Troy Stafford, Patrick Williams, and WS Seafood's Motion to Dismiss is currently set for November 3, 2011 at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

2. Plaintiff, Mark Black is required to file an opposition to Defendants' Motion to Dismiss on October 20, 2011.

///

1

**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**

3. Due to a conflict on Plaintiff's counsel's calendar for the weeks preceding and following the currently scheduled hearing, and as agreed to by Defendants' counsel, the parties have agreed to continue the hearing date on Defendants' Motion to Dismiss to January 26, 2012.

4. THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the hearing scheduled for November 3, 2011 at 2:00 p.m. in Courtroom 7 of the above-entitled Court, be continued to January 26, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

5. IT IS FURTHER AGREED that the briefing schedule will be set according to the new hearing date.

DATED:  October 10, 2011        **RADOSLOVICH | KROGH, PC**


_____/S/_____
C. JASON SMITH
Attorney for Plaintiff MARC BLACK


DATED:  October 10, 2011        **MENNEMEIER, GLASSMAN & STROUD LLP**


_____/S/_____
ANDREW W. STROUD
Attorney for Defendants, TROY STAFFORD,
PATRICK WILLIAMS, and WS SEAFOOD


IT IS SO ORDERED:

Dated:  October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE