MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:  (916) 553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendants
Troy Stafford, Patrick Williams and WS Seafood

RADOSLOVICH | KROGH, PC
C. JASON SMITH (SBN 237966)
JACLYN L. POWELL (SBN 264781)
701 University Avenue, Suite 100
Sacramento, California 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170
Email: jason@radlegal.com

Attorneys for Plaintiff,
Marc Black

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BLACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TROY STAFFORD, an individual; TYLOR STAFFORD, an individual; XOCHITL STAFFORD, an individual; PATRICK WILLIAMS, an individual; WS SEAFOOD INVESTMENT LIMITED LIABILITY CORPORATION, an Alaska business corporation; GS CAPITAL, LLC, an Alaska limited liability company; TK FISHING LLC, an Alaska limited liability corporation; and DOES 1 through 100,<br><br>　　　　Defendants. | NO.  2:10−CV−00567−MCE−KJN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:　　January 26, 2012<br>TIME:　　2:00 p.m.<br>CTRM:　　7<br><br>Judge:　　Hon. Morrison C. England, Jr. |

589.01.PLE.Stip.Continue.Hearing.MTD

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS – CASE NO: 2:10−CV−00567−MCE−KJN

**RECITALS**

1. The hearing for Defendants Troy Stafford, Patrick Williams, and WS Seafood's Motion to Dismiss is currently set for January 26, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

2. Plaintiff Marc Black is required to file an opposition to Defendants' Motion to Dismiss on January 12, 2012.

3. The parties have been engaging in good faith settlement negotiations and as a result believe they have now reached an agreement to resolve this matter. That agreement will take sometime to complete so the parties desire to continue the hearing date at this time.

4. THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the hearing scheduled for January 26, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court, be continued to March 22, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

5. IT IS FURTHER AGREED that the briefing schedule will be set according to the new hearing date.

6. Should the parties' settlement be concluded prior to the hearing date the parties shall file their dispositional papers immediately so that the hearing may be taken off calendar.

DATED: January 9, 2012        MENNEMEIER, GLASSMAN & STROUD LLP

_____
ANDREW W. STROUD
Attorney for Defendants, TROY STAFFORD,
PATRICK WILLIAMS, and WS SEAFOOD

DATED: January 9, 2012        RADOSLOVICH | KROGH, PC

_____
C. JASON SMITH
Attorney for Plaintiff MARC BLACK

589.01.PLE.Stip.Continue.Hearing.MTD

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS – CASE NO: 2:10−CV−00567−MCE−KJN

IT IS SO ORDERED.  The hearing on Defendant's Motion to Dismiss, presently scheduled for hearing on January 26, 2012, is hereby continued to March 22, 2012 at 2:00 p.m. pursuant to the parties' stipulation as set forth above.

Dated:  January 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE