1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  KELCIE M. GOSLING (SBN 142225)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:  (916) 553-4000
4  Facsimile:  (916) 553-4011
   E-mail: stroud@mgslaw.com

Attorneys for Defendants
Troy Stafford, Patrick Williams and WS Seafood

RADOSLOVICH | KROGH, PC
C. JASON SMITH (SBN 237966)
JACLYN L. POWELL (SBN 264781)
701 University Avenue, Suite 100
Sacramento, California 95825
Telephone:  (916) 565-8161
Facsimile:  (916) 565-8170
Email: jason@radlegal.com

Attorneys for Plaintiff,
Marc Black

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BLACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TROY STAFFORD, an individual; TYLOR STAFFORD, an individual; XOCHITL STAFFORD, an individual; PATRICK WILLIAMS, an individual; WS SEAFOOD INVESTMENT LIMITED LIABILITY CORPORATION, an Alaska business corporation; GS CAPITAL, LLC, an Alaska limited liability company; TK FISHING LLC, an Alaska limited liability corporation; and DOES 1 through 100,<br><br>　　　　Defendants. | NO.  2:10−CV−00567−MCE−KJN<br><br>**STIPULATION AND ORDER TO TAKE HEARING OFF CALENDAR WITHOUT PREJUDICE**<br><br><br>Judge:　　　Hon. Morrison C. England, Jr. |

598.01.PLE.Stipulation and [Proposed] Order

# RECITALS

WHEREAS, the hearing for Defendants Troy Stafford, Patrick Williams, and WS Seafood's Motion to Dismiss is currently set for March 22, 2012 at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

WHEREAS, the parties wish to have the matter taken off of the Court's calendar in order to work further on finalizing settlement.

NOW, THEREFORE, the motion is taken off calendar without prejudice to defendants' right to refile the motion within sixty days of the date of this order.

DATED: February 24, 2012                    MENNEMEIER, GLASSMAN & STROUD LLP


                                            /s/  Andrew W. Stroud
                                            ANDREW W. STROUD
                                            Attorney for Defendants, TROY STAFFORD,
                                            PATRICK WILLIAMS, and WS SEAFOOD


DATED: February 24, 2012                    RADOSLOVICH | KROGH, PC


                                            /s/  C. Jason Smith
                                            C. JASON SMITH
                                            Attorney for Plaintiff MARC BLACK


        IT IS SO ORDERED.

DATE:  March 5, 2012


                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE


598.01.PLE.Stipulation and [Proposed] Order

STIPULATION AND [PROPOSED] ORDER TO TAKE HEARING OFF CALENDAR WITHOUT PREJUDICE
CASE NO: 2:10−CV−00567−MCE−KJN